JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE GUILLERMO DUENAS NAVARRO,<br>Petitioner,<br>v.<br>DHS/OPLA,<br>Respondent. | No. ED CV 26-2959-MWF(E)<br>JUDGMENT |

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: August 18, 2026.

MICHAEL W. FITZGERALD
United States District Judge